THE SARCO COMPANY OF NEW JERSEY, respondent,

*v.*

ALTA R. GULLIVER, appellant.

[Decided February 1st, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Buchanan, whose opinion is reported in *3 N. J. Mis. R. 641.*

*Mr. Sol Phillips Perlman,* for the respondent.

*Mr. Aaron V. Dawes,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 14.

*For reversal*—None.